# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00455-CR

**Oscar Uribe Sanchez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY,
### NO. CR-18-1066-A, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Oscar Uribe Sanchez seeks to appeal judgments of conviction for assault and aggravated assault with a deadly weapon. *See* Tex. Penal Code § 22.01(b)(2)(A), 22.02(a)(2). The trial court has certified that (1) this is a plea-bargain case and Sanchez has no right of appeal, and (2) Sanchez has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker and Kelly

Dismissed for Want of Jurisdiction

Filed: September 22, 2022

Do Not Publish